

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

EX PARTE BILLY RAY BRYANT                    CAUSE NUMBER WR-74,973-01

## ORDER

The above styled and numbered cause was before this Court in Cause No. CR01125 from the 102nd District Court of Red River County. On November 19, 2014, this Court issued an opinion granting relief. Accordingly, the following exhibit is ordered returned to the District Clerk of Red River County.

1. Defense Exhibit #2 (a cassette audio recording)


IT IS SO ORDERED THIS THE 28th DAY OF MAY 2015


PER CURIAM

EN BANC

DO NOT PUBLISH